1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OVERLOOK AT BLUE RAVINE, LLC,          No.  1:23-cv-00475-ADA-HBK

12            Plaintiff,

13       v.                                 ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14   PETER DUPUIS,                          EASTERN DISTRICT OF CALIFORNIA

15            Defendant.

16

17        Defendant Peter Dupuis removed this case from Sacramento County Superior Court on

18   March 28, 2023.  (*See* ECF No. 1.)  The alleged facts underlying Plaintiff's complaint occurred in

19   Sacramento County, which is part of the Sacramento Division of the United States District Court

20   for the Eastern District of California.  Therefore, Defendant should have filed the notice of

21   removal in the Sacramento Division.  *See* E.D. Cal. R. 120(d).

22        "Whenever in any action the Court finds upon its own motion, motion of any party, or

23   stipulation that the action has not been commenced in the proper court . . . the Court may transfer

24   the action to another venue within the District."  *Id.* 120(f).  Because the Court finds that this case

25   was filed in the wrong venue, it will, sua sponte, order transfer to the Sacramento Division.

26        Accordingly,

27        1.      This action is transferred to the United States District Court for the Eastern District

28                of California sitting in Sacramento; and

                                              1

1       2.        All future filings shall refer to the new Sacramento case number assigned and shall

2            be filed at:

3                      United States District Court

4                      Eastern District of California
                       501 "I" Street, Suite 4-200

5                      Sacramento, CA 95814

6

7

8

9  IT IS SO ORDERED.

10     Dated:   April 4, 2023

                                            UNITED STATES DISTRICT JUDGE

2